DAYLE ELIESON
United States Attorney
District of Nevada

ANDREA KAFKA
JOHN MULCAHY
Trial Attorneys, Department of Justice
601 D Street N.W.
Washington, DC 20004
202-353-9713
andrea.kafka@usdoj.gov
john.t.mulcahy@usdoj.gov

Counsel for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM WALLER,<br><br>Defendant. | CRIMINAL INDICTMENT<br><br>Case No.: 2:18-cr- 112<br><br>VIOLATIONS:<br>Evasion of Payment – 26 U.S.C. § 7201;<br>Attempting to Interfere with Administration of Internal Revenue Laws – 26 U.S.C. § 7212(a);<br>Willful Failure to File Return – 26 U.S.C. § 7203; False Statements on a Loan Application – 18 U.S.C. § 1014 |

**THE GRAND JURY CHARGES THAT:**

**INTRODUCTION**

At times relevant to this Indictment:

1. **WILLIAM WALLER** was a resident of Las Vegas, Nevada and was married.

2. **WILLIAM WALLER** was a realtor, real estate agent and real estate broker in the state of Nevada within the District of Nevada.

3. **WILLIAM WALLER** failed to file a U.S. Individual Income Tax Return (Form 1040) for calendar years 1999 through 2016.

4. On or about November 19, 2004, **WILLIAM WALLER** caused Burbank Holdings LLC to be incorporated in the state of Nevada, with **WILLIAM WALLER** as an officer.

5. On or about May 8, 2014, **WILLIAM WALLER** caused Burbank HoldingsI LLC to be incorporated in the state of Nevada, with **WILLIAM WALLER** listed as the registered agent.

6. The Internal Revenue Service (IRS) was an agency of the United States Department of the Treasury and was responsible for enforcing and administering the tax laws of the United States.

7. Between the period of approximately August 2004 and January 28, 2015, the IRS continuously engaged in various forms of investigative and enforcement activity regarding **WILLIAM WALLER's** outstanding tax liabilities, including, but not limited to, issuing notices of deficiency, summonsing financial records, sending correspondence to **WILLIAM WALLER** regarding his tax liability, filing notices of federal liens, sending notices of intent to levy to **WILLIAM WALLER**, requesting financial information from **WILLIAM WALLER** and holding Collection Due Process proceedings regarding **WILLIAM WALLER's** tax liabilities.

8. On or about November 20, 2013, the IRS sent, via certified mail, to **WILLIAM WALLER**, a Statutory Notice of Deficiency for the calendar years 2004, 2005, 2006, 2007,

2

2008, and 2009 in the amounts of $125,810, $148,504, $119,104, $76,617, $42,600, and $16,413, respectively.

9. On or about September 11, 2014, the IRS sent via certified mail to **WILLIAM WALLER** a Final Notice: Notice of Intent to Levy and Notice of Your Right to a Hearing.

10. On or about September 23, 2014, the IRS sent via certified mail to **WILLIAM WALLER** a Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320, for the tax years 2004 through 2009.

11. On or about February 12, 2015, the IRS sent via certified mail to **WILLIAM WALLER** a Notice of Determination Concerning Collection Action(s) Under Section 6320 and/or 6330 of the Internal Revenue Code, indicating that the assessments for the tax periods 2004, 2005, 2006, 2007, 2008, and 2009 were valid.

## COUNT ONE

Evasion of Payment – 26 U.S.C. § 7201

12. The allegations contained in Paragraphs 1 through 11 of this Indictment are re-alleged and incorporated herein.

13. From in or about November 2013 and continuing through at least in or about January 2016, in the District of Nevada and elsewhere,

**WILLIAM WALLER,**

the Defendant herein, willfully attempted to evade and defeat the payment of income tax due and owing by him to the United States of America, for the calendar years 2004 through 2009, by committing various affirmative acts, including, but not limited to the following:

a. Establishing nominee entities with the Nevada Secretary of State;

3

b. Using nominee entities to conceal his ability to pay his outstanding tax liability;

c. Using and maintaining bank accounts in the names of nominee entities;

d. Using multiple layers of entities in order to conceal his identity; and

e. Using nominee bank accounts to pay for personal expenses.

All in violation of Title 26, United States Code, Section 7201.

## COUNT TWO

Attempting to Interfere with Administration of Internal Revenue Laws – 26 U.S.C. § 7212(a)

14. The allegations contained in Paragraphs 1 through 11 of this Indictment are re-alleged and incorporated herein.

15. Beginning no later than in or about November 2004 and continuing through at least January 2016, in the District of Nevada and elsewhere,

**WILLIAM WALLER,**

the Defendant herein, did corruptly endeavor to obstruct and impede the administration of the internal revenue laws, by committing acts, including, but not limited to, the following:

a. Registering nominee entities with the Nevada Secretary of State;

b. Opening bank accounts in the names of nominee entities;

c. Using multiple layers of entities in order to conceal his identity;

d. Directing that payments for services rendered by him be made to entities other than himself;

e. Depositing personal gifts into bank accounts held in names other than his own;

f. Using nominee bank accounts to pay for personal expenses;

4

g.   Dealing in cash; and

h.   Instructing banks to not respond to summonses from the IRS.

All in violation of Title 26, United States Code, Section 7212(a).

## COUNT THREE

Willful Failure to File Return – 26 U.S.C. § 7203

16.   The allegations contained in Paragraphs 1 through 11 of this Indictment are re-alleged and incorporated herein.

17.   During the calendar year 2011,

**WILLIAM WALLER,**

the Defendant herein, had and received gross income in excess of the required statutory minimum. By reasons of such gross income, he was required by law, following the close of the calendar year and on or before April 17, 2012 to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 17, 2012, in the District of Nevada and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FOUR

Willful Failure to File Return – 26 U.S.C. § 7203

18. The allegations contained in Paragraphs 1 through 11 of this Indictment are re-alleged and incorporated herein.

19. During the calendar year 2012,

**WILLIAM WALLER,**

the Defendant herein, had and received gross income in excess of the required statutory minimum. By reasons of such gross income, he was required by law, following the close of the calendar year and on or before April 15, 2013 to make an income tax return to any proper officer of the Internal Revenue Service, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all of the foregoing, he did willfully fail, on or about April 15, 2013, in the District of Nevada and elsewhere, to make an income tax return.

All in violation of Title 26, United States Code, Section 7203.

## COUNT FIVE

False Statements on Loan Application – 18 U.S.C. § 1014

20. In or about October 2012, in the District of Nevada and elsewhere,

**WILLIAM WALLER,**

the Defendant herein, knowingly made a false statement to Wells Fargo & Company, a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation, to obtain a loan modification to reduce the amount of payment in that the defendant falsely

6

represented that he had not worked in several years and had no source of income, when in truth and fact, as the defendant well knew, he had worked from approximately 2008 until at least approximately 2012 and received income during those years from that activity.

All in violation of Title 18, United States Code, Section 1014.

**DATED:**   This 17th day of April, 2018

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

*Andrea Kafka*
Andrea Kafka
Trial Attorney, Department of Justice

*John Mulcahy*
John Mulcahy
Trial Attorney, Department of Justice

7