NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number: 13644

CHRISTOPHER MAGNANI (Maryland)
MICHAEL LANDMAN (N.Y. Bar No. 5423603)
Trial Attorneys
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
601 D Street NW, Room 7334
Washington, DC 20004
christopher.magnani@usdoj.gov
michael.c.landman@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No. 2:18-CR-00112-JCM-VCF |
| Plaintiff, | |
| v. | **SECOND EVIDENTIARY STIPULATION FOR TRIAL** |
| William Waller, | |
| Defendant. | |

Defendant William Waller and the United States of America, by and through undersigned counsel, hereby stipulate for purposes of trial as follows:

The parties agree that the following documents meet the foundational requirements described below, obviating the need for either party to call a custodian of documents. The parties reserve the right to object to the admissibility of any of

the documents on other grounds, as well as the right to call witnesses to explain, analyze, and otherwise present any of the documents identified in this filing.

## Business and Public Records

In accordance with Federal Rule of Evidence 901(a), each of the documents identified below is what it purports to be, as listed in the "Description" column. In addition, the documents are either business records, or "records of a regularly conducted activity" as defined in FRE 803(6), or public records, as defined in FRE 803(8). Any objection to the admissibility of these documents will not be premised on foundational grounds of authenticity or hearsay.

| Exhibit No. | Description |
| --- | --- |
| 6 | T. Bonifatto 2012 Tax Return |
| 7 | 3-21-06 Notice of Federal Tax Lien |
| 44 | Century21 Advantage Gold Quickbook Records |
| 45 | First American Title Co. Commission Statement |
| 46 | First American Title Escrow Balance |
| 47 | First American Title HUD-1 |
| 60 | Greater Las Vegas Association of Realtors Records of Sales |
| 61 | Greater Las Vegas Association of Realtors T Bonifatto |
| 62 | Greater Las Vegas Association of Realtors Records Waller |
| 63 | Waller Real Estate License |
| 64 | GLVAR Buyer Side Data |
| 65 | GLVAR List Side Data |
| 158 | 12-23-14 Notice of Federal Tax Lien |
| 166 | 11-17-14 Release of Tax Lien |
| 167 | 11-24-14 Release of Tax Lien |
| 168 | 11-24-14 Notice of Federal Tax Lien |
| 169 | 11-25-14 Letter from IRS to Waller re 2003 |
| 170 | 11-25-14 Letter from IRS to Waller re 2004-2009 |

| | |
|---|---|
| 171 | 11-25-14 Letter from IRS to Waller re 2003 appeal |
| 172 | 11-25-14 Letter from IRS to Waller re 2004-2009 appeal |
| 173 | 1-7-15 Letter from IRS to Waller re CDP Hearing |
| 174 | 1-15-15 Notice of Federal Tax Lien |
| 177 | 1-28-15 Letter from IRS to Waller re CDP Hearing |
| 178 | 2-12-15 Letter from IRS to Waller re CDP Hearing |
| 190 | Publication 594 - IRS Collection Process |
| 191 | 7-9-13 Notice of Examination Report re 2004 to 2009 |
| 301 | Southwest Gas Records re 1104 Sable (summary) |
| 303 | Clark County Property Records (multiple properties) |
| 313 | OneNevada Credit Union Records of statement and activity (Lexus) |
| 314 | 1-05-06 Waller Lexus Lease Application |
| 315 | 1-5-06 - Waller Lexus Security Agreement |
| 316 | 2009 Waller Lexus Lease Application |
| 317 | 6-30-09 Waller Lexus Security Agreement |
| 318 | 6-20-15 Bonifatto Mercedes Record of Lease Payments |
| 319 | 6-20-15 Bonifatto Mercedes Lease Agreement |
| 320 | 6-20-15 Bonifatto Mercedes Lease Application |
| 321 | 4-21-07 - Bonifatto Mercedes Record of Lease Payments |
| 322 | 3-13-09 - Bonifatto Mercedes Lease Application |
| 323 | 3-13-09 - Bonifatto Mercedes Lease Agreement |
| 324 | 3-13-09 - Bonifatto Mercedes Record of Lease Payments |
| 325 | 6-20-12 Bonifatto BMW Lease Application |
| 326 | 6-20-12 Bonifatto BMW Security Agreement |
| 327 | 6-20-12 Bonifatto BMW additional loan documents |

| Exhibit No. | Description |
|---|---|
| 328 | Wrich Pools Invoices |
| 329 | DirectTV |
| 350 | 01-cv-1190 D. Nev. Docket |
| 353 | 8-7-02 Order Dismissing Compl. (01-cv-1190) |
| 354 | 08-cv-1556 D. Nev. Docket |
| 357 | 12cv1910 D. Nev. Docket |
| 360 | 13-mc-68 D. Ariz Docket (Bonifatto) |
| 363 | 13-cv-4084 D.S.D. Docket |
| 366 | 13-mc-124 W.D.N.C. Docket (Bonifatto) |
| 369 | 13cv5705_CD Cal Docket |
| 372 | 13cv5197_EDPA Docket |
| 375 | 13cv5196 EDPA Docket (Bonifatto) |
| 408 | Bank of America_1 |
| 409 | Bank of America_2 |
| 435 | Wells Fargo Records_14 |
| 439 | Bank of America_6 |
| 443 | Wells Fargo 0530 Statement for BH LLC |
| 454 | Check from C21 6-19-07 |
| 459 | Wells Fargo Records_16 |
| 461a | 11-21-12 Check from First American Title |

**Other Documents That Are Authentic**

In accordance with Federal Rule of Evidence 901(a), each of the documents identified below is what it purports to be, as listed in the "Description" column. Any objection to the admissibility of these documents will not be premised on foundational grounds of authenticity.

| Exhibit No. | Description |
|---|---|
| 155 | 4-19-06 CDP Request re 2003 |
| 156 | 8-22-07 CDP Request re 2003 |
| 159 | 1-27-15 Letter from Waller to SO Freitag |
| 161 | 1-05-15 Letter from Waller to AO Freitag |
| 162 | 10-10-08 Letter from Waller to RO Soto |
| 163 | 9-25-14 Emaiil from Waller to RO Wray |
| 164 | 8-2-13 CDP Request re 1999-2002 |

| | |
|---|---|
| 175 | 3-21-16 Letter from Waller to USAO |
| 176 | 1-23-15 CDP Request re 1999-2000 |
| 180 | 12-7-16 Letter from Waller IV to SA Watkins |
| 189 | 3-3-16 Letter from Waller to SA Peng |
| 351 | 10-12-01 Complaint re CDP |
| 352 | 4-25-02 Objection to Gov. Mot. Summ. Judg. |
| 355 | 11-12-08 Petition to Quash (08-cv-1556) |
| 356 | 1-14-09 Order denying Petition to Quash (08-cv-1556) |
| 358 | 11-07-12 Petition to Quash (12-cv-1910) |
| 359 | 5-1-13 Order denying Petition to Quash (12-cv-1910) |
| 361 | 8-2-13 Petition to Quash (Bonifatto) (13-mc-68) |
| 362 | 11-15-13 Order denying Petition to Quash (13-mc-68) |
| 364 | 8-2-13 Petition to Quash (13-cv-4084) |
| 365 | 11-5-13 Order denying Petition to Quash (13-cv-4084) |
| 367 | 8-5-13 Petition to Quash (13-mc-124) (Bonifatto) |
| 368 | 10-30-13 Order denying Petition to Quash (13-mc-124) (Bonifatto) |
| 370 | 8-7-13 Petition to Quash (13-cv-5705) |
| 371 | 1-22-14 Order Dismissing Petition to Quash (13-cv-5705) |
| 373 | 8-6-13 Petition to Quash (13cv5197) |
| 374 | 11-06-13 Order denying Petition to Quash (13cv5197) |
| 376 | 8-6-13 Petition to Quash (Bonifatto) (13cv5196) |
| 377 | 1-28-14 Order denying Petition to Quash (Bonifatto) (13cv5196) |

1   **DATED** this 10th day of March, 2019.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

/ s / Christopher Magnani
_____

CHRISTOPHER MAGNANI
MICHAEL LANDMAN
Trial Attorneys
U.S. Department of Justice, Tax Division

Attorneys for the United States of America


Lowell Becraft (AL Bar No. 5005F66L)
403-C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net

/ s / Lowell Becraft
_____

LOWELL BECRAFT

Attorney for William Waller

ACTION BY THE COURT

This case is set for jury trial on the stacked calendar on March 11, 2019. Calendar call was held on March 6.

This pretrial order has been approved by the parties to this action as evidenced by their signatures or the signatures of their attorneys hereon, and the order is hereby entered and will govern the trial of this case. This order may not be amended except by court order and based upon the parties' agreement or to prevent manifest injustice.

DATED: March 11, 2019.

_____
James C. Mahan
UNITED STATES DISTRICT JUDGE