# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM WALLER,

    Defendant.

Case No: 2:18-CR-112-JCM-VCF

ORDER RE: GOVERNMENT'S UNOPPOSED MOTION FOR ORDER COMPELLING EARLY PRODUCTION OF RECORDS PURSUANT TO RULE 17(c)(1)

Based on the government's Unopposed Motion for Order Compelling Early Production of Records Pursuant to Rule 17(c)(1), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Wells Fargo Bank produce the records requested by by the United States regarding William Waller, Burbank Holdings LLC, Burbank Holdings1 LLC, GB Holdings LLC, and Platinum Properties, on or before June 1, 2019. Wells Fargo Bank need not comply with the request for documents regarding Teresa Bonifatto as such request has been withdrawn.

DATED May 20, 2019.

IT IS SO ORDERED.

_____
JAMES C. MAHAN
United States District Judge