# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM WALLER, <br><br> Defendant. | Case No: 2:18-CR-112-JCM-VCF <br><br> ORDER RE: GOVERNMENT'S UNOPPOSED MOTION TO TERMINATE GOVERNMENT ATTORNEYS ANDREA KAFKA AND JOHN MULCAHY |

Based on the government's unopposed motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Andrea Kafka and John Mulcahy be terminated from this case.

DATED May 28, 2019.

IT IS SO ORDERED.

_____
JAMES C. MAHAN
United States District Judge