SHAWN R. PEREZ, ESQ.
Nevada Bar No. 10421
7121 West Craig Road, Suite 113-38
Las Vegas, NV 89129
949-632-9752
Shawn711@msn.com
LOWELL H. BECRAFT, ESQ.
Alabama State Bar No. 5005F66L
403-C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net
*Counsel for Defendant William Waller*

NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number: 13644
CHRISTOPHER MAGNANI (Maryland)
MICHAEL C. LANDMAN (N.Y. Bar No. 5423603)
Trial Attorneys
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
601 D St. NW, Room 7334
Washington, D.C. 20004
Christiopher.Magnani@usdoj.gov
Michael.C.Landman@usdoj.gov
*Counsel for the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No: 2:18-CR-00112-JCM-VCF |
|---|---|
| Plaintiff, | **Stipulation and Proposed Order to Continue Sentencing (Second Request)** |
| vs. | |
| William Waller, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, through Nicholas Trutanich, United States Attorney, and Christopher Magnani

and Michael Landman, Trial Attorneys, U.S. Department of Justice, Tax Division, counsel for the United States of America, and Shawn R. Perez, Esq., and Lowell Becraft, Esq., counsel for William Waller, that the sentencing hearing currently scheduled for August 12, 2019, be vacated and continued to **Friday, August 16, 2019**, or a date and time convenient to the Court.

This Stipulation is entered for the following reasons:

1. Counsel for the Defendant will be starting a trial in a multi-defendant case before Chief Judge Navarro in *United States v. Palafox (Cesar Morales)*, Case No. 16-cr-00265, on July 29, 2019. It is expected that this case will last 10-12 weeks. The trial is scheduled to run Monday through Thursday, from 9:00 a.m. to 3:30 p.m. Accordingly, Counsel for the Defendant will be available to conduct a sentencing in this case on **Friday, August 16, 2019**, or another Friday convenient for the Court.

2. Counsel for the United States is available on **Friday, August 16, 2019**. Counsel for the United States is not available on Friday, September 6, 2019, and Friday, September 27, 2019.

3. The Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to resolve calendar conflicts by counsel.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is counsel's second request to continue the date for sentencing.

**DATED:** this 22nd day of July, 2019.

| | |
|---|---|
| LAW OFFICE OF SHAWN R. PEREZ | NICHOLAS A. TRUTANICH<br>United States Attorney |
| /s/ *Shawn R. Perez, Esq.*<br>SHAWN R. PEREZ, ESQ. | /s/ *Michael C. Landman*<br>CHRISTOPHER MAGNANI<br>MICHAEL C. LANDMAN |
| /s/ *Lowell H. Becraft, Esq.*<br>LOWELL H. BECRAFT, ESQ. | Trial Attorneys<br>U.S. Department of Justice, Tax Division |
| Counsel for Defendant | Attorneys for the United States of America |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No: 2:18-CR-00112-JCM-VCF |
| Plaintiff, | **Stipulation and Proposed Order to Continue Sentencing (Second Request)** |
| vs. | |
| William Waller, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the Defendant will be starting a trial in a multi-defendant case before Chief Judge Navarro in *United States v. Palafox (Cesar Morales)*, Case No. 16-cr-00265, on July 29, 2019. It is expected that this case will last 10-12 weeks. The trial is scheduled to run Monday through Thursday, from 9:00 a.m. to 3:30 p.m. Accordingly, Counsel for the Defendant will be available to conduct a sentencing in this case on Friday, August 16, 2019, or another Friday convenient for the Court.

2. Counsel for the United States is available on Friday, August 16, 2019. Counsel for the United States is not available on Friday, September 6, 2019, and Friday, September 27, 2019.

3. The Defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to resolve calendar conflicts by counsel.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. This is counsel's second request to continue the date for sentencing.

**IT IS HEREBY ORDERED** that the Sentencing Hearing set for August 12, 2019, be vacated and reset to September 20, 2019 at 10:30 a.m.

**IT IS SO ORDERED** this 22nd day of July, 2019.

_____
HON. JAMES C. MAHAN
United States District Judge