# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>WILLIAM WALLER,<br><br>  Defendant. | 2:18-cr-00112-JCM-VCF<br><br>**REPORT AND RECOMMENDATION**<br><br>MOTION FOR COSTS OF PROSECUTION [ECF NO. 129] |

Before the Court is plaintiff United States of America's motion for costs of prosecution (ECF No. 129). Plaintiff's motion is granted.

A jury convicted defendant of one count of tax evasion, in violation of 26 U.S.C. § 7201, and two counts of willful failure to file a tax return, in violation of 26 U.S.C. § 7203. (ECF No. 104). Sentencing and disposition is set for October 11, 2019 before Judge James C. Mahan. (ECF No. 130). The government moves for an assessment of costs, which includes costs for witness travel and other recoverable costs of prosecution, pursuant to 26 U.S.C. §§ 7201 and 7203; and 28 U.S.C. §1918(b). (ECF No. 129). The government states that the costs of prosecution it is entitled to recover totals $2,755.42. (ECF No. 129 at 1). The government attached an itemized bill of costs to support its claim. (ECF No. 129-1). The defendant did not oppose the government's motion for costs of prosecution. Under LCR 47-3, "[t]he failure of an opposing party to include points and authorities in response to any motion constitutes a consent to the granting of the motion."

Under § 1918(b) "a district court has discretion to award costs and to determine the appropriate amount . . . as long as the items of cost are imposed only on non-indigent defendants in a non-discriminatory manner." See *United States v. Gering*, 716 F.2d 615, 625 (9th Cir. 1983).

28 U.S.C § 1920 identifies items which are properly taxable under § 1918(b). Section 1920 provides:

(1) Fees of the clerk and marshal;

(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;

(3) Fees and disbursements for printing and witnesses;

(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;

(5) Docket fees under section 1923 of this title [28 USCS § 1923];

(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title [28 USCS § 1828].

Section 1921 provides for per diem, mileage and subsistence for witnesses.

The government seeks $2,755.42 for costs of prosecution. It requests fees for witnesses ($1,523.52) and for transcripts ($1,231.90). The government has made a showing of necessity to justify an award of such costs and the defendant did not oppose these costs.

ACCORDINGLY,

IT IS RECOMMENDED that the plaintiff's motion for costs of prosecution (ECF No. 129) be GRANTED.

DATED this 20th day of September 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE